IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>JASON COHEN,<br>CYNTHIA SUE COHEN,<br>AKA CINDY COHEN,<br>FKA CINDY OZARK,<br>FKA CYNTHIA OZARK,<br>                Debtors | CHAPTER 13<br><br>CASE NO. 5:24-bk-01618-MJC<br><br>Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses |
|---|---|

## ORDER APPROVING INTERIM COMPENSATION TO COUNSEL FOR DEBTORS

Upon consideration of *Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses*, Dkt. # 35, after counsel's certification that proper notice was provided to all parties entitled to notice, no responses having been filed thereto, it is hereby

**ORDERED** that the following interim amounts are awarded: compensation in the amount of $5,000.00 and reimbursement of expenses in the amount of $487.44 for a total sum of $5,487.44 for the period of April 10, 2024 through February 26, 2025.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: April 16, 2025