# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: § § | CASE NO. 24-01618 |
| JASON COHEN § | |
| CYNTHIA SUE COHEN § | |
| DEBTORS § | |

## NOTICE OF ADDRESS CHANGE

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). PLEASE TAKE NOTICE that the notice address and payment address for the below mentioned Creditor has changed. Please update the case and claims register with the new information outlined below.

| **Wells Fargo Bank, N.A.** | **23-1** |
|---|---|
| Creditor Name | Court Claim # |

**Prior Name and Address where notices should be sent:**
Wells Fargo Bank, NA
Default Document Processing
N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700
Phone: 877-891-0002

**Prior Name and Address where payments should be sent:**
Wells Fargo Bank, NA
P.O. Box 31557
B6955-01B
Billings, MT 59107
Phone: 877-891-0002

**Current Name and Address where notices should be sent:**
Wells Fargo Bank, NA
MAC N9286-01Y
P.O. Box 1629
Minneapolis, MN 55440-9790
Phone: 1-877-891-0002

**Current Name and Address where payments should be sent:**
Wells Fargo Bank, NA
Attn: Payments, MAC F2302-03C
1 Home Campus
Des Moines, IA 50328
Phone: 1-877-891-0002

Dated: 12/18/2025

Respectfully submitted,

/s/ Paul W. Cervenka
Paul W. Cervenka
14841 Dallas Parkway, Suite 300
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: Logsecf@logs.com
Authorized Agent for Creditor