UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
|  |  |
|---|---|
| | : CHAPTER 13 |
| JASON COHEN, and | : |
| CYNTHIA SUE COHEN, | : |
| a/k/a CINDY COHEN, | : CASE NO. 5-24-bk-01618-MJC |
| f/k/a CYNTHIA OZARK, | : |
| f/k/a CINDY OZARK, | : |
|     Debtors | : |
| | : |
|     JACK N. ZAHAROPOULOS, | : |
|     STANDING CHAPTER 13 TRUSTEE, | : |
|     Movant | : |
| | : |
|     vs. | : |
| | : |
| JASON COHEN, and | : |
| CYNTHIA SUE COHEN, | : |
| a/k/a CINDY COHEN, | : |
| f/k/a CYNTHIA OZARK, | : |
| f/k/a CINDY OZARK, | : |
|     Respondents | : |

TRUSTEE'S OBJECTION TO DEBTORS' EXEMPTION AT DOC.#39

AND NOW, on this 4th day of May 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and objects to Debtors' exemptions for the following reasons:

1. On April 13, 2026, Debtors amended Schedule C, in relevant part, as follows:

ADD Debtor 2's mother passed away March 27, 2026….The decedent had no will and had no assets of any significant value, other than the real estate already disclosed in paragraph 1.2 that was jointly owned with Debtor 2….(ECF No. 39).

2. The value of Debtor 2's inheritance is $3,965.00, according to Amended Schedule C.

3. On the petition date, Debtor 2 was on the deed to her mother's house, and the stated value of Debtor's portion was $30,150.00. (ECF No. 1).

4. Trustee believes that Debtor 2 and her mother held title to the mother's house as joint tenants with right of survivorship, between the tenants by the entireties.

5. Trustee believes, and therefore avers, that the value of Debtor 2's inheritance is greater than $3,965.00 because the mother's interest in her house was transferred to Debtor 2 upon the death of her mother.

WHEREFORE, Trustee requests that this Honorable Court sustain the Trustee's Objection to Debtor's Exemptions.

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
Agatha R. McHale, Esquire
Staff Attorney for Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717)566-6097

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 4th day of May 2026, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

Sabatini Law Firm, LLC
216 North Blakely Street
Dunmore, Pa 18512
USBkct@BankruptcyPa.Com

/s/ Tanya M. Scannelli
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee
