UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
                                         : CHAPTER 13

JASON COHEN, and                         :
CYNTHIA SUE COHEN,                :
a/k/a CINDY COHEN,                 :   CASE NO. 5-24-bk-01618-MJC
f/k/a CYNTHIA OZARK,            :
f/k/a CINDY OZARK,                :
           Debtors                 :
                                           :
         JACK N. ZAHAROPOULOS,     :
         STANDING CHAPTER 13 TRUSTEE,   :
         Movant                      :
                                           :
               vs.                          :
                                           :
JASON COHEN, and                         :
CYNTHIA SUE COHEN,                :
a/k/a CINDY COHEN,                 :
f/k/a CYNTHIA OZARK,            :
f/k/a CINDY OZARK,                :
           Respondents            :


## ORDER

Upon consideration of Trustee's Objection to Debtor's Exemptions, IT IS HEREBY

ORDERED that Trustee's Objection to Debtor's Exemptions is sustained.