| | |
|---|---|
| In re: Jason Cohen and Cynthia Sue Cohen, | Chapter 13 |
| Debtors | Case No. 5-24-bk-01618-MJC |
| Jack N. Zaharopoulos, Standing Chapter 13 Trustee, | Trustee's Objection to Debtors' Exemption at Doc. #39 |
| Movant | |
| v. | |
| Jason Cohen and Cynthia Sue Cohen, | |
| Respondents | |

## ORDER

Upon consideration of the *Trustee's Objection to Debtors' Exemption at Doc. #39*, Doc. 40, it is hereby ordered that the objection is overruled. It is further ordered that the Debtors' exemptions, as claimed on Amended Schedule C, Doc. 39, are allowed as filed.