IN RE:

JASON COHEN and
CYNTHIA SUE COHEN,
a/k/a CINDY COHEN,
f/k/a CYNTHIA OZARK,
f/k/a CINDY OZARK,
    Debtors

    JACK N. ZAHAROPOULOS,
    STANDING CHAPTER 13 TRUSTEE,
    Movant

    vs.

JASON COHEN and
CYNTHIA SUE COHEN,
a/k/a CINDY COHEN,
f/k/a CYNTHIA OZARK,
f/k/a CINDY OZARK,
    Respondents

: CHAPTER 13
:
: CASE NO. 5-24-bk-01618-MJC
:

## TRUSTEE'S OBJECTION TO DEBTORS' AMENDED EXEMPTION AT DOC.#44

AND NOW, on this 18th day of June 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and objects to Debtors' exemptions for the following reasons:

1. On June 5, 2026, Debtors amended Schedule C, in relevant part, as follows:

AMEND Debtor 2's mother passed away March 27, 2026….The decedent had no will and had no assets of any significant value, other than the real estate already disclosed in paragraph 1.2 that was jointly owned with Debtor 2….(ECF No. 44).

2.     The value of Debtor #2's inheritance is $4,571.20, according to Amended Schedule C.

3.     On the petition date, Debtor #2 was on the deed to her mother's house, and the stated value of Debtor's portion was $30,150.00. (ECF No. 1).

4.     Trustee believes that Debtor #2 and her mother held title to the mother's house as joint tenants with right of survivorship, between the tenants by the entireties.

5.     Trustee believes, and therefore avers, that the value of Debtor #2's inheritance is greater than $4,571.20 because the mother's interest in her house was extinguished upon her death, thereby increasing the value of Debtors' interest in the home.

WHEREFORE, Trustee requests that this Honorable Court sustain the Trustee's Objection to Debtors' Exemptions.

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
Agatha R. McHale, Esquire
Staff Attorney for Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA   17036
(717)566-6097

# CERTIFICATE OF SERVICE

AND NOW, this 18th day of June 2026, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

Sabatini Law Firm, LLC
216 North Blakely Street
Dunmore, Pa 18512

/s/ Tanya M. Scannelli
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee