IN RE:                            : CHAPTER 13

JASON COHEN and                :
CYNTHIA SUE COHEN,            :
a/k/a CINDY COHEN,              :   CASE NO. 5-24-bk-01618-MJC
f/k/a CYNTHIA OZARK,           :
f/k/a CINDY OZARK,             :
        Debtors                    :
                                       :
       JACK N. ZAHAROPOULOS,     :
       STANDING CHAPTER 13 TRUSTEE,   :
        Movant                    :
                                       :
           vs.                       :
                                       :
JASON COHEN and                :
CYNTHIA SUE COHEN,            :
a/k/a CINDY COHEN,              :
f/k/a CYNTHIA OZARK,           :
f/k/a CINDY OZARK,             :
        Respondents                :

<u>ORDER</u>

Upon consideration of Trustee's Objection to Debtors' Exemptions, IT IS HEREBY

ORDERED that Trustee's Objection to Debtors' Exemptions is sustained.