# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jason Cohen

**Debtor 1**

Cynthia Sue Cohen
aka Cindy Cohen, fka Cindy Ozark, fka Cynthia Ozark

**Debtor 2**

Chapter: 13

Case number: 5:24−bk−01618−MJC

Document Number: 46

Matter: Objection to Claim of Exemptions

JACK N. ZAHAROPOULOS
STANDING CHAPTER 13 TRUSTEE
**Movant(s)**

vs.

JASON COHEN and
CYNTHIA SUE COHEN,
a/k/a CINDY COHEN,
f/k/a CYNTHIA OZARK,
f/k/a CINDY OZARK
**Respondent(s)**

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **July 9, 2026**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 18, 2026 |

ntpasnh(05/18)