IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Jason Cohen and Cynthia Sue Cohen,

Debtors

Chapter 13

Case No. 5:24-bk-01618-MJC

## DEBTOR CYNTHIA SUE COHEN'S REQUEST TO BE DISMISSED

1.      Debtors filed a Chapter 13 petition on June 28, 2024.

2.      This case has not previously been converted under 11 U.S.C. §§ 706, 1112 or

1208

3.      Debtor Cynthia Sue Cohen wishes to dismiss her case. Debtor Jason Cohen

wishes to continue with his case.

WHEREFORE, Debtor Cynthia Sue Cohen respectfully requests that she be dismissed

from this case.

Date: July 31, 2026

s/Carlo Sabatini
Carlo Sabatini, Attorney for Debtors
Bar Number PA 83831
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com