IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Jason Cohen and Cynthia Sue Cohen,<br><br>Debtors | Chapter 13<br><br>Case No. 5:24-bk-01618-MJC<br><br>*Debtor Cynthia Sue Cohen's Request to be Dismissed* |

## **ORDER**

Upon consideration of *Debtor Cynthia Sue Cohen's Request to be Dismissed*, Doc. 50, it

is hereby ordered that the Motion is granted. Debtor Cynthia Sue Cohen is dismissed from this

case. The case shall remain open with respect to Jason Cohen.