**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:

Jason Cohen and Cynthia Sue Cohen,

    Debtors

Chapter 13

Case No. 5:24-bk-01618-MJC

*Debtor Cynthia Sue Cohen's Request to be Dismissed*

## ORDER

Upon consideration of *Debtor Cynthia Sue Cohen's Request to be Dismissed*, Doc. 50, ("Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED**. Debtor Cynthia Sue Cohen is dismissed from this case. The case shall remain open with respect to Jason Cohen.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: August 6, 2026