United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                          Case No. 24-01618-MJC

Jason Cohen                                                                                                  Chapter 13

Cynthia Sue Cohen

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                                    User: AutoDocke                                    Page 1 of 4

Date Rcvd: Aug 06, 2026                            Form ID: pdf010                                    Total Noticed: 72

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason Cohen, Cynthia Sue Cohen, 110 Cemetery St, Duryea, PA 18641-1130 |
| 5627638 | + | Anissa Akulonia, Tax Collector, 832 Main St, Duryea, PA 18642-1306 |
| 5627654 | | Dolores Ozark, 106 Cemetery St, Avoca, PA 18641-1130 |
| 5627657 | + | Gregg Lawrence Morris, Esq., Patenaude & Felix, APC, 2400 Ansys Dr, Suite 402-B, Canonsburg, PA 15317-0403 |
| 5627658 | + | Ilana Zion, Esq., RAS LaVrar, LLC, 425 Commerce Dr, Suite 150, Fort Washington, PA 19034-2727 |
| 5627660 | | Joel M. Flink, Esq., The Law Offices of Frederic I. Weinberg, 375 E Elm St, Ste 210, Conshohocken, PA 19428-1973 |
| 5627665 | + | Michael R. Lipinski, Esq., RAS LaVrar, LLC, 425 Commerce Dr, Suite 150, Fort Washington, PA 19034-2727 |
| 5627667 | + | Mychal Thomas Rutkowski, Esq., Patenaude & Felix, APC, 2400 Ansys Dr, Suite 402-B, Canonsburg, PA 15317-0403 |
| 5627669 | + | Sean P. Stevens, Esq., RAS LaVrar, LLC, 425 Commerce Dr, Suite 150, Fort Washington, PA 19034-2727 |
| 5627670 | | Sears/CBNA, 133200 Smith Rd, Cleveland, OH 44101 |
| 5627686 | + | Therese Wrubel, Tax Collector, 129 Factory St, Avoca, PA 18641-1119 |
| 5627689 | | Wells Fargo, PO Box 77021, Minneapolis, MN 55480-7721 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Aug 06 2026 18:48:12 | WELLS FARGO BANK, N.A., Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-9790, UNITED STATES 55440-1629 |
| cr | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Aug 06 2026 18:48:05 | Wells Fargo Bank, N.A., 1 Home Campus, Des Moines, IA 50328-0001 |
| 5627637 | | Email/PDF: bncnotices@becket-lee.com | Aug 06 2026 18:48:09 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 5644493 | | Email/PDF: bncnotices@becket-lee.com | Aug 06 2026 18:48:04 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5627639 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 06 2026 18:45:00 | Aspire, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 5627640 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 06 2026 18:45:00 | Bank of America, PO Box 982234, El Paso, TX 79998 |
| 5627641 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 06 2026 18:45:00 | Barclays Bank, Attn: Denny Nealon, CEO Barclays USCB &, PO Box 8801, Wilmington, DE 19899-8801 |
| 5627642 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 06 2026 18:45:00 | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 5627643 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 06 2026 18:48:13 | Best Buy/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5627651 | | Email/Text: correspondence@credit-control.com | Aug 06 2026 18:45:00 | Credit Control LLC, 3300 Rider Trl S Ste 500, Earth City, MO 63045-1338 |

| | | | | |
|---|---|---|---|---|
| 5627653 | | Email/Text: loanoperations@crossvalleyfcu.org | Aug 06 2026 18:45:00 | Cross Valley Federal Credit Union, 640 Baltimore Drive, Wilkes-Barre, PA 18702 |
| 5627644 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 06 2026 18:48:08 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5627645 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 06 2026 18:48:08 | Capital One/Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5627646 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 06 2026 18:48:12 | Capital One/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5646144 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 06 2026 18:48:05 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5627647 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 06 2026 18:48:13 | Citicards CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5627648 | + | Email/Text: mediamanagers@clientservices.com | Aug 06 2026 18:45:00 | Client Services Inc., 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 5627649 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 06 2026 18:46:00 | Comenity Bank/Justice, 3075 Loyalty Circle PO Box 182789, Columbus, OH 43218-2789 |
| 5627650 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 06 2026 18:46:00 | Comenity Capital Bank/Boscovs, 3095 Loyalty Circle Building A, Columbus, OH 43219-3673 |
| 5627652 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 06 2026 18:48:05 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5629774 | + | Email/Text: BKRMailOps@weltman.com | Aug 06 2026 18:46:00 | Cross Valley Federal Credit Union, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 5627655 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 06 2026 18:48:05 | First Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5627656 | ^ | MEBN | Aug 06 2026 18:44:01 | Geisinger, 100 N Academy Ave, Danville, PA 17822-9800 |
| 5644287 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 06 2026 18:46:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5627659 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 06 2026 18:46:00 | Jefferson Capital Systems, LLC, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 5644217 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 06 2026 18:46:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 5627661 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 06 2026 18:48:12 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 5627662 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 06 2026 18:48:04 | JPMCB Card Services, 301 N Walnut St Fl 9, Wilmington, DE 19801-3971 |
| 5632004 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 06 2026 18:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5627663 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 06 2026 18:48:05 | Macys/CBNA, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 5627664 | ^ | MEBN | Aug 06 2026 18:44:08 | Michael F. Ratchford, Esq., Ratchford Law Group PC, 54 Glenmaura National Blvd, Ste 104, Moosic, PA 18507-2161 |
| 5627666 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 06 2026 18:46:00 | Midland Credit Management, 350 Camino de la Reina Ste 100, San Diego, CA 92108-3007 |
| 5647601 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 06 2026 18:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5633188 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 06 2026 18:48:04 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

| ID | | Email | Timestamp | Address |
|---|---|---|---|---|
| 5627668 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 06 2026 18:48:09 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5633905 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 06 2026 18:48:12 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5643919 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2026 18:48:05 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5627671 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 06 2026 18:48:05 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 5627672 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 06 2026 18:48:12 | SYNCB/Car Care, P.O. Box 71783, Philadelphia, PA 19176-1783 |
| 5627673 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 06 2026 18:48:04 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 5627674 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 06 2026 18:48:04 | SYNCB/Ebay, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5627675 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 06 2026 18:48:12 | SYNCB/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 5627676 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 06 2026 18:48:04 | SYNCB/Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 5627677 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 06 2026 18:48:12 | SYNCB/MC, PO Box 965005, Orlando, FL 32896-5005 |
| 5627678 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 06 2026 18:48:12 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 5627679 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 06 2026 18:48:05 | SYNCB/PPMC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 5627680 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 06 2026 18:48:12 | SYNCB/ToysRUs, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5627681 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 06 2026 18:48:04 | SYNCB/Wal-Mart, P.O. Box 71746, Philadelphia, PA 19176-1746 |
| 5649860 | | Email/PDF: ebn_ais@aisinfo.com | Aug 06 2026 18:48:05 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5650134 | | Email/Text: bncmail@w-legal.com | Aug 06 2026 18:46:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 5627682 | | Email/Text: bncmail@w-legal.com | Aug 06 2026 18:46:00 | TD Bank USA/Target Credit, PO Box 1470, Minneapolis, MN 55440-1470 |
| 5627683 | + | Email/Text: bncmail@w-legal.com | Aug 06 2026 18:46:00 | TD Bank/Target, PO Box 9500, Minneapolis, MN 55440-9500 |
| 5627684 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 06 2026 18:48:09 | The Home Depot/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5627685 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 06 2026 18:48:13 | The Home Depot/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5627687 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 06 2026 18:45:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 5643673 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 06 2026 18:45:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5627688 | | Email/Text: BAN5620@UCBINC.COM | Aug 06 2026 18:45:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 5645035 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Aug 06 2026 18:48:08 | Wells Fargo Bank, N.A., MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 5631542 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | | |

|  | Aug 06 2026 18:48:08 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
|---|---|---|
| 5627690 + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | |
|  | Aug 06 2026 18:48:08 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 60

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5632485 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Carlo Sabatini | on behalf of Debtor 1 Jason Cohen usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | on behalf of Debtor 2 Cynthia Sue Cohen usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:

Jason Cohen and Cynthia Sue Cohen,

Debtors

Chapter 13

Case No. 5:24-bk-01618-MJC

*Debtor Cynthia Sue Cohen's Request to be Dismissed*

## ORDER

Upon consideration of *Debtor Cynthia Sue Cohen's Request to be Dismissed*, Doc. 50, ("Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED**. Debtor Cynthia Sue Cohen is dismissed from this case. The case shall remain open with respect to Jason Cohen.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: August 6, 2026