**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br><br>Jason Cohen,<br><br>Debtor | Chapter 13<br><br>Case No. 5:24-bk-01618-MJC |

**DEBTOR'S MOTION TO MODIFY PLAN AFTER CONFIRMATION**

1. Debtor and his spouse, Cynthia Cohen, filed a joint Chapter 13 petition in 2024. The plan was confirmed in December of 2024. The plan funding calculation was largely driven by unexempt equity in Mrs. Cohen's property.

2. This Court recently approved Mrs. Cohen's request to be dismissed from this case. Her property, in which debtor has no interest, should not determine the funding of debtor's plan.

3. Debtor now seeks to reduce the monthly payment from $600.00 to $50.00, and proposes the modified plan attached hereto as Exhibit A. A redline is attached as Exhibit B.

WHEREFORE, Debtor respectfully requests that this Honorable Court allow Debtor to modify his plan to the form attached hereto.

s/ Carlo Sabatini

Carlo Sabatini, Attorney for Debtor
Bar Number 83831
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com