**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br><br>Jason Cohen,<br><br>Debtor | Chapter 13<br><br>Case No. 5:24-bk-01618-MJC |

## NOTICE

The Debtor filed *Debtor's Motion to Modify Plan After Confirmation* on September 10, 2026. If you object to the relief requested, you must file your objection/response on or before 21 days from the date of this notice with the Clerk of Bankruptcy Court 274 Max Rosenn U.S. Courthouse, 197 S. Main Street, Wilkes-Barre, PA 18704.

If you file and serve an objection/response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection/response within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Date: September 10, 2026

/s/ Carlo Sabatini
Carlo Sabatini, Attorney for Debtor
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Email: ecf@bankruptcypa.com