**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br><br>Jason Cohen,<br><br>Debtor | Chapter 13<br><br>Case No. 5:24-bk-01618-MJC<br><br>Debtor's Motion to Modify Plan after Confirmation |

# ORDER

Upon consideration of *Debtor's Motion to Modify Plan after Confirmation* filed on September 10, 2026 ("the Motion"), and it appearing that all parties-in-interest have been properly served and there has been no objection to the Motion, it is hereby ORDERED that the Motion is granted. The Fourth Amended Plan attached to the Motion as Exhibit A is adopted as Debtor's Plan.