Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512

**Jason Cohen**
**110 Cemetery St.**
**Avoca, PA 18641**

**Rate Summary**

| Professional | Gross | | Discount | | Net |
|---|---|---|---|---|---|
| Carlo Sabatini | 8.3 hours at $415.00/hour. | $3,444.50 | 0.36 | -151.00 | 3,293.50 |
| Ashley Werner | 9.8 hours at $150.00/hour. | $1,470.00 | 1.23 | -185.00 | 1,285.00 |
| Dafne Vazquez | 0.7 hours at $150.00/hour. | $105.00 | 0.10 | -15.00 | 90.00 |
| Tiffany Bator | 0.7 hours at $150.00/hour. | $105.00 | 0.17 | -25.00 | 80.00 |
| | | | 1.86 | -376.00 | 4,748.50 |

**Itemized Listing of Services**

| Date | Description | Initials | Rate | Time | Amount | Disc. |
|---|---|---|---|---|---|---|
| 03/18/2025 | Draft fee application. | ASW | 150 | 0.90 | 135.00 | 0.00 |
| 03/20/2025 | Review fee application. Call to client. Explained fee application. | CS | 415 | 0.20 | 83.00 | 0.00 |
| 03/20/2025 | Review client's statement regarding social security. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 04/21/2025 | Receive and review letter from Wells Fargo re lender-placed insurance. Message to client with the same. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 04/28/2025 | Receive and review letter from Wells Fargo regarding flood insurance. Forward to client. | ASW | 150 | 0.10 | 15.00 | -10.00 |
| 04/30/2025 | Post-confirmation email to client. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 06/10/2025 | Verify that (1) Trustee's schedule of distribution is in complete conformity with plan; (2) plan funding is sufficient but no greater than it needs to be; (3) tasks that need completion have either been accomplished or tasks are set for the same. Send memo to CS. | ASW | 150 | 0.50 | 75.00 | 0.00 |
| 06/20/2025 | Review interim case status report prepared by paralegal. Comment on the same. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 06/27/2025 | Email to PRA regarding unsecured claim and satisfying judgment. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 07/02/2025 | Receive, review, and respond to email from PRA regarding claim. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 07/14/2025 | Receive phone message requesting copy of judgment. Review file. Email copy of the same to PRA. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 07/16/2025 | Receive and review message regarding forwarding judgment information. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 07/28/2025 | Review file regarding claim. Email to PRA for update. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 08/13/2025 | Review file regarding claim. No response. Email to PRA again. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 08/15/2025 | Receive and review amended claim. Email to CS regarding the same. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 08/15/2026 | Review email from ASW re amended claim. Instruct her to email PRA again to inform them of the issues. | CS | 415 | 0.10 | 41.50 | -41.50 |
| 08/15/2025 | Email to PRA regarding claim amendment. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 08/18/2025 | Receive and review message from PRA regarding their office working on a lien release. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 09/10/2025 | Review file regarding satisfaction of lien. Email to PRA regarding status of lien release. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 09/18/2025 | Email to Portfolio again asking for status of lien release. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 09/25/2025 | Call from PRA Receivables. They are waiting for the seller to process the request. He said they gave the seller a nudge yesterday. They are waiting to hear back. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 10/20/2025 | Review trustee website regarding refund. Refund was received by trustee, but trustee sent another payment before that refund had been received. Task to make sure that gets refunded. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 11/20/2025 | Review trustee website. Email to PRA regarding additional refund owed to trustee. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 11/21/2025 | Receive and review email from PRA regarding processing refund. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 12/19/2025 | Check trustee's website to see whether PRA payment was returned. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 12/19/2025 | Review file regarding situation with lien release and plan for what to do and when if they don't release the lien. | CS | 415 | 0.20 | 83.00 | 0.00 |

| Date | Description | Initials | Rate | Time | Amount | Disc. |
|---|---|---|---|---|---|---|
| 01/07/2026 | Review change of address (Doc. 38). Review original claim it pertains to to determine whether client needs notice of address. Send the same to client. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 01/07/2026 | Receive, review, and respond to email from client regarding Wells Fargo payment address. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 01/09/2026 | Email to PRA regarding lien release. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 01/23/2026 | Review PRA lien release issue and decide how to handle the same. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 01/27/2026 | Call with client to discuss resolution regarding PRA lien. | CS | 415 | 0.20 | 83.00 | 0.00 |
| 01/28/2026 | Draft email to Burnette regarding situation with lien for final effort to get them to release the lien. | CS | 415 | 0.20 | 83.00 | 0.00 |
| 01/29/2026 | Email from Burnette responding to my request to satisfy lien. | CS | 415 | 0.10 | 41.50 | -41.50 |
| 02/03/2026 | Receive, review, and respond to email from Burnette regarding lien issue | CS | 415 | 0.10 | 41.50 | -41.50 |
| 02/10/2026 | Review file regarding amending plan or satisfying lien. We will wait two months, and if no progress in two months we will amend the plan. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 03/26/2026 | Review amended claim 24. Only thing different is payment address. Unsecured and no actions from original claim, so NAN. Review amended claim 34, same as amended 24 - NAN. | ASW | 150 | 0.10 | 15.00 | -10.00 |
| 04/13/2026 | Review lien release. We will no longer amend the plan. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 04/13/2026 | Meeting with client regarding passing of her mother and potential financial changes. | CS | 415 | 0.60 | 249.00 | 0.00 |
| 04/13/2026 | Prepare amended Schedules A/B and C to reflect inheritance Debtor 2 received when her mother passed away. | TLB | 150 | 0.20 | 30.00 | 0.00 |
| 04/21/2026 | Review regarding interest in joint property. | CS | 415 | 0.30 | 124.50 | 0.00 |
| 04/21/2026 | Review & reply to McHale's email regarding funds and debtor payments into the plan | CS | 415 | 0.10 | 41.50 | 0.00 |
| 04/21/2026 | Call with Cynthia regarding negotiating with the Trustee. Discussed mother's true intentions with the home. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 04/21/2026 | Second call with client regarding her name being on the deed. Her grandparents added her mother's name and hers to the deed years before the sister and nephew moved in. Her mother gave her instructions before her passing to transfer the deed to her sister afterward. Edited email response to McHale with updated information received from client. | CS | 415 | 0.40 | 166.00 | 0.00 |
| 04/21/2026 | Review Local Rules before sending response to McHale. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 04/21/2026 | Review email from McHale regarding her recommendation. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 04/24/2026 | Review letter re flood insurance. Instruct ER to forward to client. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 04/29/2026 | Research minority position on conflict between 541 and 1306. Research argument that Dolores did not "receive" anything by the inheritance; instead her interest simply became possessory in full. Email to McHale. | CS | 415 | 0.70 | 290.50 | 0.00 |
| 05/01/2026 | Review document regarding flood insurance. Instruct ER to forward to client. | ASW | 150 | 0.10 | 15.00 | -10.00 |
| 05/07/2026 | Do calculation of funds to be paid into plan to determine what our next step should be. Email to CS. | ASW | 150 | 0.30 | 45.00 | 0.00 |
| 05/07/2026 | Review objection to claim of exemptions. Read rules re response time. Email to CS. Calendar deadlines. Task for the same. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 05/07/2026 | Call to client regarding life insurance funds. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 05/07/2026 | Review file regarding calculations. | CS | 415 | 0.30 | 124.50 | 0.00 |
| 05/07/2026 | Continue Cohen review and proposal. | CS | 415 | 0.20 | 83.00 | 0.00 |
| 05/12/2026 | Work on settlement proposal. | CS | 415 | 0.40 | 166.00 | 0.00 |
| 05/12/2026 | Call to client regarding settlement proposal. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 05/13/2026 | Email to trustee with settlement proposal. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 05/14/2026 | Email to McHale with information about money coming in. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 05/19/2026 | Call to client to ask her to get a CMA on her mother's house. She said she will get to it today or tomorrow. Also asked for update on life insurance disbursement documentation; she said she faxed a request and asked for the response to come to her and to us. | TLB | 150 | 0.10 | 15.00 | -10.00 |
| 05/21/2026 | Draft response to trustee's objection to claim of exemptions. | ASW | 150 | 0.50 | 75.00 | 0.00 |
| 05/21/2026 | Email to McHale regarding filing response to objection. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 05/28/2026 | Calendar hearing. Email to TLB re CMA and life insurance docs. | ASW | 150 | 0.10 | 15.00 | -10.00 |
| 06/02/2026 | Receive and review checks. Call to client regarding the difference in the amounts she told us v. what was provided. No answer, leave message. | ASW | 150 | 0.20 | 30.00 | 0.00 |

| Date | Description | Initials | Rate | Time | Amount | Disc. |
|---|---|---|---|---|---|---|
| 06/02/2026 | Call from client re checks. She said the CMA is scheduled for Thursday. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 06/03/2026 | Review life insurance letter. Email to CS. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 06/04/2026 | Review email re life insurance. Need second amendment; she can cash but not spend the other two checks. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 06/04/2026 | Email to TLB to draft amendment for life insurance. Email to clients with instruction re checks. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 06/05/2026 | Prepare second amended Schedules A/B and C. Message to CS regarding the same. | TLB | 150 | 0.20 | 30.00 | 0.00 |
| 06/05/2026 | File amended Schedules A/B and C with the court. | TLB | 150 | 0.10 | 15.00 | 0.00 |
| 06/08/2026 | Call to client regarding CMA. She couldn't get a hold of the realtor, he was out of town. Email to CS. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 06/09/2026 | Review docket regarding canceled hearing. Remove from calendar. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 06/09/2026 | Call to Aggie about case. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 06/10/2026 | Receive, review, and respond to message from client that the realtor will drop the CMA off to them today; client will send it in as soon as it is received. | TLB | 150 | 0.10 | 15.00 | -15.00 |
| 06/10/2026 | Review CMA. Review ECF1. Email to CS. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 06/10/2026 | Review file re CMA. Call to trustee (office closed). Call with Aggie regarding whether client inherited an interest, use of sale-date valuation versus petition-date valuation, potential arguments and possible settlement. | CS | 415 | 0.30 | 124.50 | 0.00 |
| 06/18/2026 | Do claims analysis. Review objection. Email to CS. | ASW | 150 | 0.90 | 135.00 | 0.00 |
| 06/19/2026 | Receive & review email from ASW regarding claims and filing a new response to the objection. Review attachments from ASW. Review file and evaluate what to do regarding disputed claims and potential objection strategy, cost of a full fight, and impact on the plan payment if claims are dropped. | CS | 415 | 0.60 | 249.00 | 0.00 |
| 06/26/2026 | Update budget and income. | DV | 150 | 0.60 | 90.00 | 0.00 |
| 06/30/2026 | Review file regarding Cohen. Email to CS. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 07/01/2026 | Review amended I&J. Review initial liquidation analysis. Research regarding plan modification. | CS | 415 | 0.30 | 124.50 | 0.00 |
| 07/01/2026 | Email to McHale re case and my recommendation. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 07/06/2026 | Email to McHale asking for a response before she goes on vacation. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 07/08/2026 | Review file. Email to CS. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 07/08/2026 | Update and file response to trustee's objection. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 07/23/2026 | Review file re wage attachment order. Email to DV and JM with instructions. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 07/23/2026 | Call the client to request Jason's new employer's payroll department name and address to send the new order. Instructed client to continue making online payments to the trustee until payments come out of Jason's paycheck. | DV | 150 | 0.10 | 15.00 | -15.00 |
| 07/29/2026 | Review email from CS to Ratchford re dismissing debtor. Email to CS re document to prepare. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 07/29/2026 | Review file. Call to client re dismissal from case; discussed potential future collection risk, that client would need to sign documents to be filed with the court, and fees. | CS | 415 | 0.30 | 124.50 | 0.00 |
| 07/30/2026 | Prepare Motion to Dismiss and proposed order. | ASW | 150 | 0.30 | 45.00 | 0.00 |
| 08/04/2026 | Draft letter to employer re wage garnishment. | ASW | 150 | 0.10 | 15.00 | -10.00 |
| 08/04/2026 | Email to Ratchford re Motion to Dismiss Party. | CS | 415 | 0.10 | 41.50 | -26.50 |
| 08/04/2026 | Meeting with clients regarding next steps. | CS | 415 | 0.30 | 124.50 | 0.00 |
| 08/11/2026 | Read meeting notes. Email to CS. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 08/12/2026 | Review email from CS re amending plan. Amend plan. Prepare motion to modify. Read new rules since last modification. | ASW | 150 | 1.40 | 210.00 | 0.00 |
| 08/14/2026 | Review motion to modify. Edit the same. | CS | 415 | 0.40 | 166.00 | 0.00 |
| 07/31/2026 | Review email from DV with signed document from client confirming dismissal of chapter 13. File motion to dismiss. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 08/21/2026 | [Est.] Review email from client approving fee application. File the same. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 08/21/2026 | [Est.] Review order regarding fee application. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 08/21/2026 | [Est.] Review trustee's website to confirm distribution is properly scheduled. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 08/21/2026 | [Est.] Receive and review correspondence from Trustee's office indicating that client has completed plan payments. Draft letter to client regarding Certification in Support of Discharge. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 08/21/2026 | [Est.] Receive and review executed Certification in Support of Discharge. File same electronically | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 08/21/2026 | [Est.] Review final decree. Close file. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| | | | | | | |

| Date | Description | Initials | Rate | Time | Amount | Disc. |
|---|---|---|---|---|---|---|
| | Sub-total Fees: | | | | **5,124.50** | -376.00 |
| | Net Fees After Discount: | | | | **4,748.50** | |

**Expenses**

| Date | Description | Price | Units | Amount | Discount |
|---|---|---|---|---|---|
| 03/20/2025 | Postage and cost of notice of fee app mailing to matrix | 51.92 | 1.00 | 51.92 | 0.00 |
| 04/07/2026 | Cost of pulling lien release for collections case from Luzerne docket. | 2.20 | 1.00 | 2.20 | 0.00 |
| | | | | ====== | |
| | | | Total: | **54.12** | |

**Total**

| | |
|---|---|
| Net Fees After Discount: | 4,748.50 |
| Net Expenses After Discount: | 54.12 |
| | ====== |
| | 4,802.62 |