IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br><br>Jason Cohen,<br><br>Debtor | CHAPTER 13<br><br>CASE 5:24-bk-01618-MJC |

**Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3**

| Title of Paper Served: | **NOTICE OF APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| The entities on the attached service list | | United States Mail – First Class Postage Prepaid |

I certify that I am over 18 years of age and service was effectuated today as above described.

Date: September 10, 2026

s/Ashley Weisenfluh
Ashley Weisenfluh, Paralegal
Sabatini Law Firm, LLC
216 N. Blakely St.,
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769

| |
|---|
| American Express<br>P.O. Box 981537<br>El Paso, TX 79998-1537 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 |
| Anissa Akulonia<br>832 Main St.<br>Duryea, PA 18642-1306 |
| Aspire<br>P.O. Box 105555<br>Atlanta, GA 30348-5555 |
| BANK OF AMERICA<br>P.O. BOX 982238<br>EL PASO, TX 79998-2238 |
| Barclays Bank<br>Attn: Denny Nealon, CEO Barclays USCB<br>P.O. Box 8801<br>Wilmington, DE 19899-8801 |
| Barclays Bank Delaware<br>125 S West St.<br>Wilmington, DE 19801-5014 |
| Best Buy/CBNA<br>5800 S Corporate Pl.<br>Sioux Falls, SD 57108-5027 |
| Capital One<br>P.O. Box 31293<br>Salt Lake City, UT 84131-0293 |
| Capital One/Kohls<br>P.O. Box 3115<br>Milwaukee, WI 53201-3115 |
| Capital One/Walmart<br>P.O. Box 31293<br>Salt Lake City, UT 84131-0293 |
| Citibank, N.A.<br>5800 S Corporate Pl.<br>Sioux Falls, SD 57108-5027 |
| Citicards CBNA<br>5800 S Corporate Pl.<br>Sioux Falls, SD 57108-5027 |
| Client Services, Inc.<br>3451 Harry S Truman Blvd.<br>Saint Charles, MO 63301-9816 |
| Comenity Bank/Justice<br>3075 Loyalty Circle, P.O. Box 182789<br>Columbus, OH 43218-2789 |

| |
|---|
| Comenity Capital Bank/Boscovs<br>3095 Loyalty Circle Building A<br>Columbus, OH 43219-3673 |
| CREDIT CONTROL, LLC<br>ATTN: CORRESPONDENCE<br>3300 RIDER TRAIL S, SUITE 500<br>EARTH CITY, MO 63045-1338 |
| Credit One Bank<br>P.O. Box 98873<br>Las Vegas, NV 89193-8873 |
| CROSS VALLEY FEDERAL CREDIT UNION<br>640 BALTIMORE DR.<br>WILKES BARRE, PA 18702-7943 |
| Cross Valley Federal Credit Union<br>c/o Weltman, Weinberg & Reis Co., LPA<br>965 Keynote Circle<br>Cleveland, OH 44131-1829 |
| Dolores Ozark<br>106 Cemetery St.<br>Avoca, PA 18641-1130 |
| First Premier<br>3820 N Louise Ave.<br>Sioux Falls, SD 57107-0145 |
| Geisinger<br>100 N Academy Ave.<br>Danville, PA 17822-9800 |
| Gregg Lawrence Morris, Esq.<br>Patenaude & Felix, APC<br>2400 Ansys Dr., Suite 402-B<br>Canonsburg, PA 15317-0403 |
| Ilana Zion, Esq.<br>RAS LaVrar, LLC<br>425 Commerce Dr., Suite 150<br>Fort Washington, PA 19034-2727 |
| Jason Cohen<br>110 Cemetery St.<br>Duryea, PA 18641-1130 |
| JEFFERSON CAPITAL SYSTEMS, LLC<br>P.O. BOX 7999<br>SAINT CLOUD, MN 56302-7999 |
| Joel M. Flink, Esq.<br>The Law Offices of Frederic I. Weinberg<br>375 E Elm St., Ste 210<br>Conshohocken, PA 19428-1973 |
| JPMCB Card Services<br>301 N Walnut St., Fl 9<br>Wilmington, DE 19801-3971 |

| |
|---|
| JPMCB Card Services<br>P.O. Box 15369<br>Wilmington, DE 19850-5369 |
| JPMorgan Chase Bank, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 |
| Macys/CBNA<br>P.O. Box 6789<br>Sioux Falls, SD 57117-6789 |
| Michael F. Ratchford, Esq.<br>Ratchford Law Group, PC<br>5. Glenmaura National Blvd, Ste. 104<br>Moosic, PA 18507-2161 |
| Michael R. Lipinski, Esq.<br>RAS LaVrar, LLC<br>425 Commerce Dr., Suite 150<br>Fort Washington, PA 19034-2727 |
| Midland Credit Management, Inc.<br>350 Camino de la Reina, Ste. 100<br>San Diego, CA 92108-3007 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Mychal Thomas Rutkowski, Esq.<br>Patenaude & Felix, APC<br>2400 Ansys Dr., Suite 402-B<br>Canonsburg, PA 15317-0403 |
| Pennsylvania Department of Revenue, Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>P.O. BOX 41067<br>NORFOLK, VA 23541-1067 |
| Resurgent Receivables, LLC<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 |
| Sean P. Stevens, Esq.<br>RAS LaVrar, LLC<br>425 Commerce Dr., Suite 150<br>Fort Washington, PA 19034-2727 |
| Sears/CBNA<br>133200 Smith Rd.<br>Cleveland, OH 44101 |

| |
|---|
| SYNCB/Amazon<br>P.O. Box 965015<br>Orlando, FL 32896-5015 |
| SYNCB/Car Care<br>P.O. Box 71783<br>Philadelphia, PA 19176-1783 |
| SYNCB/Care Credit<br>P.O. Box 965036<br>Orlando, FL 32896-5036 |
| SYNCB/Ebay<br>4125 Windward Plaza<br>Alpharetta, GA 30005-8738 |
| SYNCB/JC Penney<br>P.O. Box 965007<br>Orlando, FL 32896-5007 |
| SYNCB/Lowes<br>P.O. Box 965005<br>Orlando, FL 32896-5005 |
| SYNCB/MC<br>P.O. Box 965005<br>Orlando, FL 32896-5005 |
| SYNCB/PPC<br>P.O. Box 965005<br>Orlando, FL 32896-5005 |
| SYNCB/PPMC<br>P.O. Box 965005<br>Orlando, FL 32896-5005 |
| SYNCB/ToysRUs<br>4125 Windward Plaza<br>Alpharetta, GA 30005-8738 |
| SYNCB/Wal-Mart<br>P.O. Box 71746<br>Philadelphia, PA 19176-1746 |
| Synchrony Bank<br>by AIS InfoSource LP as agent<br>P.O. Box 4457<br>Houston, TX 77210-4457 |
| TD BANK USA, N.A.<br>ATTN: C/O WEINSTEIN & RILEY P S<br>1415 WESTERN AVE., SUITE 700<br>SEATTLE, WA 98101-2051 |
| TD Bank USA/Target Credit<br>P.O. Box 1470<br>Minneapolis, MN 55440-1470 |
| TD Bank/Target<br>P.O. Box 9500<br>Minneapolis, MN 55440-9500 |

| |
|---|
| The Home Depot/CBNA<br>5800 S Corporate Pl.<br>Sioux Falls, SD 57108-5027 |
| The Home Depot/CBNA<br>P.O. Box 6497<br>Sioux Falls, SD 57117-6497 |
| Therese Wrubel<br>129 Factory St.<br>Avoca, PA 18641-1119 |
| Toyota Financial Services<br>P.O. Box 5855<br>Carol Stream, IL 60197-5855 |
| Toyota Motor Credit Corporation<br>P.O. Box 9013<br>Addison, Texas 75001-9013 |
| United Collection Bureau, Inc.<br>5620 Southwyck Blvd., Ste. 206<br>Toledo, OH 43614-1501 |
| United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 |
| Wells Fargo<br>P.O. Box 77021<br>Minneapolis, MN 55480-7721 |
| Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-1629 |
| Wells Fargo Bank, N.A.<br>1 Home Campus<br>Des Moines, IA 50328-0001 |
| Wells Fargo Bank, N.A.<br>P.O. Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Wells Fargo Card Services<br>P.O. Box 14517<br>Des Moines, IA 50306-3517 |