**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **Jason Cohen,** | : | **Case No. 5:24-bk-01618-MJC** |
| | : | |
| **Debtor.** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER APPROVING MOTION TO**
**MODIFY CONFIRMED CHAPTER 13 PLAN**

Upon consideration of the Motion to Modify Confirmed Chapter 13 Plan filed on September 10, 2026, Doc. 54 ("Motion"), Trustee's Objection filed in response thereto, Doc. 58, and subsequent withdrawal thereof, Doc. 62, and the Debtor having certified that Notice was sent to all creditors and parties in interest entitled to receive notice, it is hereby **ORDERED** that the Motion is **GRANTED** and the Debtor's Amended Plan filed in conjunction with the Motion is hereby approved and shall be **ADOPTED** as the Confirmed Chapter 13 Plan, as Modified.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: October 28, 2026