**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE | CHAPTER 13 |
| Jason Cohen, | CASE 5:24-bk-01618-MJC |
| Debtor | Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses |

## ORDER APPROVING FINAL COMPENSATION TO COUNSEL FOR DEBTOR

Upon consideration of *Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses,* Doc. 55, the Trustee's Objection filed in response thereto, Doc. 59, and the subsequent withdrawal thereof, Doc. 63, after counsel’s certification that proper notice was provided to all parties entitled to notice, it is hereby

**ORDERED** that the following final amounts are awarded: compensation in the amount of $4,000.00 and reimbursement of expenses in the amount of $54.12 for a total sum of $4,054.12. This amount may be paid by the Chapter 13 Trustee, but only to the extent that funds are available to pay it.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: October 28, 2026